Jarvis GILBERT, Petitioner–Appellant,

v.

People of the State of CALIFORNIA and Michael McDonald, Warden, High Desert State Prison, Respondents–Appellees.

No. 09–16711.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 14, 2010.

Filed Sept. 22, 2010.

Robert Joseph Beles, Paul McCarthy, Robert J. Beles Law Offices, Oakland, CA, for Petitioner–Appellant.

Arthur Paul Beever, Deputy Attorney General, California Department of Justice, Jeffrey M. Laurence, Office of the California Attorney General, San Francisco, CA, for Respondents–Appellees.

Before: WALLACE and THOMAS, Circuit Judges, and MILLS, Senior District Judge.*

MEMORANDUM **

Jarvis Gilbert, a California state prisoner, appeals the district court's denial of his 28 U.S.C. § 2254 habeas corpus petition. After reviewing the briefs and the record,

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

and considering the oral arguments of counsel, we affirm the judgment of the district court for the reasons given in Judge Henderson's thorough opinion of May 22, 2009.

AFFIRMED.